# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CARMENANN MATTOX**                                                            **PLAINTIFF**

**VS.**                                                                                 **CAUSE NO. 4:06CV182**

**RURAL CELLULAR CORPORATION**
**D/B/A UNICEL**                                                                        **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court has been advised that in the above-styled and numbered cause, the parties have agreed to the dismissal with prejudice of all of the Plaintiff's claims against Defendant. The Court, being advised in the premises, finds as follows:

**IT IS THEREFORE ORDERED AND ADJUDGED** that all of the Plaintiff's claims against the Defendant in the above-styled cause shall be, and hereby are, dismissed with prejudice. Each party shall bear its own costs.

**SO ORDERED**, this the 13th day of May, 2008.

                                                                           ___/s/ Sharion Aycock_____
                                                                            **UNITED STATES DISTRICT JUDGE**